UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 13 |
| THOMAS B. JASEN | ) | |
| PATTI L. JASEN | ) | CASE NO. 16-40120 |
| | ) | |
| Debtor(s) | ) | TIIARA N.A. PATTON |
| | ) | U.S. Bankruptcy Judge |

## NOTICE OF FINAL CURE PAYMENT ON RESIDENTIAL MORTGAGE

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee hereby files the within Notice that the amount required to cure the default in the claim below has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor:     US BANK TRUST NATIONAL ASSOC.

Claim No.:     07-1
Amount:        $61,955.80

Last four (4) digits of any number used to identify the Debtor('s') account: 9999 .

### ***IMPORTANT***

Within twenty-one (21) days of service of the within Notice, creditor shall file and serve on the Debtor(s), Debtor('s') counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a statement indicating:

(1) whether it agrees that the debtor(s) has paid in full the amount required to cure the default on the claim; and,

(2) whether the debtor(s) is otherwise current on all payments consistent with § 1322 (b)(5) of the Code.

The statement shall <u>itemize</u> the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3002 (f). A hearing on your response to this Notice shall <u>not</u> be scheduled unless a motion pursuant to Rule 3002.1(h) of the Federal Rules of Bankruptcy Procedures is requested by a party in interest. A <u>post-petition</u> default shall not be paid by the Chapter 13 Trustee unless an appropriate plan modification is filed by debtor.

Notwithstanding debtor's failure to pay a claim, arising <u>post-petition</u> pursuant to 11 U.S.C. § 1322 (b)(2) of the Bankruptcy Code, a discharge under 11 U.S.C. § 1328 may be granted debtor with respect to all other claims provided for in debtor's plan.

Dated: August 6, 2021           Respectfully submitted:

                                /s/ Michael A. Gallo, Trustee
                                Standing Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
|    THOMAS B. JASEN | ) | |
|    PATTI L. JASEN | ) | CASE NO. 16-40120 |
| | ) | |
|    Debtor(s) | ) | TIIARA N.A. PATTON |
| | ) | U.S. Bankruptcy Judge |

## CERTIFICATE OF SERVICE

I certify that on August 6, 2021, a true and correct of the within Notice of Final Cure on Residential Mortgage was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

   URSULA P. SHUGART, ESQ. at shugartlaw@yahoo.com
   OFFICE OF THE UNITED STATES TRUSTEE at (Registered address)@usdoj.gov.

And by regular U.S. mail, postage prepaid, on:

   THOMAS B. and PATTI L. JASEN
   3200 SCHOTTEN ROAD
   HUBBARD, OH 44425

   US BANK TRUST NATIONAL ASSOC.
   c/o SN SERVICING CORP.
   323 FIFTH ST.
   EUREKA, CA 95501

/s/ MICHAEL A. GALLO, TRUSTEE
MICHAEL A. GALLO, TRUSTEE
5048 Belmont Avenue
Youngstown, OH 44505
(330) 743-1246
Fax: (330) 746-8616